# UNITED STATES DISTRICT COURT

District of _____ **Massachusetts** _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | **(For a Petty Offense)** — Short Form |
| | CASE NUMBER:  **1:09-126** |
| **ARTHUR ESKEW** | USM NUMBER: |
| | **Serge Georges , Jr.** |
| | Defendant's Attorney |

## THE DEFENDANT:

X  **THE DEFENDANT** pleaded guilty to count(s)   **Count 2 - Operating Under the Influence of Alcohol**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|

X  Count(s)  **1-Failure to stop at stop sign**          x  is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 1000.00 | Total due : $1010.00 |

| | |
|---|---|
| Defendant's Soc. Sec. No.: _____ | **May 4, 2011** |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: _____ | |
| | Signature of Judge |
| Defendant's Residence Address: | |
| _____ | |
| _____ | **LEO T. SOROKIN, U.S. MAGISTRATE JUDGE** |
| _____ | Name and Title of Judge |
| _____ | |
| | **May 11, 2011** |
| Defendant's Mailing Address: | Date |